

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2020

No. 04-18-00512-CR

**EX PARTE** Steven **ROBLES**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302-W1
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

The Appellant's Motion for Emergency Relief and to Recall Mandate is hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court